Raymond G. Heineman, Esq. (RGH-4738)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS LOCAL UNIONS AND DISTRICT COUNCILS, AFFILIATED WITH THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA and LABORERS LOCAL 325, | Hon. |
| | Civil Action No. 10- |
| Petitioners, | **CIVIL ACTION** |
| v. | **ORDER** |
| CAPITAL PERFECT CLEANING, | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC (Raymond G. Heineman, Esq. appearing), pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel, if any; and for good and sufficient cause shown;

**IT IS** on this _____ day of ~~February~~ *March*, 2010,

**ORDERED, ADJUDGED AND DECREED** that the Opinion and Award of February 4, 2010 of Arbitrator J.J. Pierson, Esq., in favor of the Petitioners and against the Respondent Capital Perfect Cleaning shall be and is hereby CONFIRMED;

and it is further ORDERED that a copy of this Order and the within Judgment be served upon the Respondent within 7 days.

_____
Judge, United States District Court

2